IT IS SO ORDERED.

Dated: 19 February, 2020 12:40 PM



JESSICA E. PRICE SMITH
UNITED STATES BANKRUPTCY JUDGE

B18-01589

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO

| In Re: | CASE NO. 16-11030 |
|---|---|
| Mary H. Epps | Chapter 13 |
| Debtor | JUDGE JESSICA E. PRICE SMITH |
| Mary H. Epps<br><br>Plaintiff<br><br>vs.<br><br>Bank of New York Mellon Trust Co. NA Successor to JP Morgan Chase, NA as Trustee for RASC 2001KS2<br>1100 Virginia Drive<br>Fort Washington, PA 19034<br><br>and | Adversary Case No.19-01083 |

Citibank NA, Trustee
NRZ Pass-Through Trust VI
C/O Ocwen Loan Servicing
1661 Worthington Road, Suite 100 West
Palm Beach, FL 33409

and

MTGLQ Investors, LP
c/o Rushmore Loan Management Services
P.O. Box 55004
Irvine, CA 92619-2708

    Defendant

## AGREED JUDGMENT ENTRY

This matter is before the Court on the Plaintiff's Complaint regarding the mortgage held by MTGLQ Investors, LP ("Creditor"). The parties agree that Creditor is following the terms of the confirmed plan which indicates that Creditor is secured to the extent of $28,000.00 to be paid at 5% and will be paid by the Trustee. The balance of Creditor's total amount due at the time of filing will be paid as unsecured. Creditor will be filing an amended claim to reflect the correct balances due and owing at the time of the bankruptcy filing. Creditor has made advances for post-petition real estate taxes and hazard insurance. The parties agree that the debtor will pay $5,418.82 in advanced taxes and that this amount will survive discharge. Creditor has already filed a Notice of Post Petition Advances on November 11, 2019 in the amount of $641.66. An additional Notice of Post Petition Advances for $4,777.16 will be filed by Creditor to complete the record. Debtor agrees to pay for these advancements upon discharge of the bankruptcy proceeding in regular monthly installments of $600.00 due on the 1st of each month, first payment due the month after discharge, until paid in full.

The parties further agree that Creditor shall not be required to file a release or satisfaction of mortgage until and unless this case completes through to discharge under Chapter 13 of the bankruptcy code. In the event that this case does not complete to discharge, the terms of the original note will be reapplied to the account.

Wherefore, subject to the foregoing, judgment is hereby entered in favor of the Plaintiff and against the Defendant on Plaintiff's complaint.

**IT IS SO ORDERED:**

SUBMITTED AND APPROVED BY:

**/s/ LeAnn E. Covey**
LeAnn E. Covey #0083289
4500 Courthouse Blvd., Ste 400
Stow, OH  44224
(330)436-0300 ext 2237 / (330)436-0301 fax
*bknotice@clunkhoose.com*

**/s/ Jonathan I. Krainess (approved via email)**
Jonathan I. Krainess, #0073093
Krainess Law Firm LLC
23366 Commerce Park, 101-A
Beachwood, Ohio 44122
Tel: (216) 320-4357
Fax: (216) 320-8000
jkrainess@sbcglobal.net
Attorney for Debtor

# SERVICE LIST

**DEFAULT LIST**

LeAnn E. Covey, Esq.
4500 Courthouse Blvd., Suite 400
Stow, OH 44224

Mary H. Epps
1236 Bender Avenue
Cleveland, OH 44112

Cuyahoga County Treasurer
2079 East 9th Street
Cleveland, OH 44115

Jonathan I. Krainess
23366 Commerce Park
Suite 101-ABeachwood, OH 44122

Lauren A. Helbling
55 Public Square #2100
Cleveland, OH 44113

Office of the U.S. Trustee
Howard Metzenbaum U.S. Courthouse
201 Superior Avenue
Cleveland, OH 44114

Bank of New York Mellon Trust Co. NA
Successor to JP Morgan Chase, NA
as Trustee for RASC 2001KS2
1100 Virginia Drive
Fort Washington, PA 19034

Citibank NA, Trustee
NRZ Pass-Through Trust VI
C/O Ocwen Loan Servicing
1661 Worthington Road, Suite 100
West Palm Beach, FL 33409

MTGLQ Investors, LP
c/o Rushmore Loan Management Services
P.O. Box 55004
Irvine, CA 92619-2708